UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE CROTTY**

---------------------------------------------------------------------x

PHAT FASHIONS LLC,                          :              07 Civ.

                              Plaintiff,    :

        - against -                         :

TORNADO IMPORTS (CANADA), INC.,             **07 CV 3278**

                              Defendant.

---------------------------------------------------------------------x

**RECEIVED APR 2 4 2007 U.S.D.C. S.D. N.Y. CASHIERS**

### PLAINTIFF'S RULE 7.1 STATEMENT

Plaintiff Phat Fashions LLC, as and for its Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it is a wholly owned by Koret of California, Inc., which is wholly owned by Kellwood Company, a publicly held corporation.

Dated: New York, New York
       April 24, 2007

                              PRYOR CASHMAN LLP

                              By: _____
                                  Philip R. Hoffman (PH-1607)
                                  Attorneys for Plaintiff
                                  410 Park Avenue
                                  New York, New York   10022
                                  (212) 421-4100