USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 8 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PHAT FASHIONS LLC,                                :    07 Civ. 03278 (PAC)

                Plaintiff,                  :    **STIPULATION**

   - against -                                      :

TORNADO IMPORTS (CANADA), INC.,          :

                Defendant.                :

------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that: (1) defendant acknowledges service of the complaint in this action; and (2) defendant's time to answer, move or otherwise respond with respect to the complaint is extended up to and including June 26, 2007.

Dated: New York, New York
        June 15, 2007

PRYOR CASHMAN LLP

By: _____
   Philip R. Hoffman (PH-1607)
   Attorneys for Plaintiff
   410 Park Avenue
   New York, New York  10022
   (212) 421-4100

GIBSON, DUNN & CRUTCHER LLP

By: _____
   Adam Offenhartz (AO-0952)
   Attorneys for Defendant
   200 Park Avenue
   New York, New York  10166
   (212) 351-4000

SO ORDERED: JUN 1 8 2007

_____
U.S.D.J.