UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

PHAT FASHIONS, LLC,

       Plaintiff,

v.

TORNADO IMPORTS (CANADA), INC.

       Defendant.

Case No. 1:07 cv 03278 (PAC)

------------------------------------x
------------------------------------

TORNADO IMPORTS (CANADA), INC.

       Defendant and Counterclaim Plaintiff,

VIS-À-VIS FASHIONS (1997), INC.

       Counterclaim Plaintiff,

v.

PHAT FASHIONS, LLC,

       Plaintiff and Counterclaim Defendant.

------------------------------------

## RULE 7.1 DISCLOSURE STATEMENT OF TORNADO IMPORTS (CANADA), INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant-Counterclaim Plaintiff Tornado Imports (Canada), Inc., by and through its counsel, states as follows:

1. Tornado Imports (Canada), Inc. is a nongovernmental corporate party to this action.

2. Tornado Imports (Canada), Inc. is a privately held company incorporated under the Canadian Business Corporation Act and does not have a parent corporation. No publicly held corporation owns any stock in Tornado Imports (Canada), Inc.

Dated: New York, New York
      June 26, 2007

                                      **GIBSON, DUNN & CRUTCHER LLP**

                           By:  _____
                                   Adam Offenhartz (AO-0952)
                                   200 Park Avenue
                                   New York, New York 10166
                                   telephone:  (212) 351-4000
                                   facsimile:   (212) 351-4035

                                   *Counsel for Tornado Imports*
                                   *(Canada), Inc.*

*Of Counsel*:

Laura M. Leitner
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166
telephone:  (212) 351-4000
facsimile:   (212) 351-4035

100251802-1