UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PHAT FASHIONS, LLC,

       Plaintiff,

v.

TORNADO IMPORTS (CANADA), INC.

       Defendant.

------------------------------------- x
-------------------------------------

TORNADO IMPORTS (CANADA), INC.

       Defendant and Counterclaim Plaintiff,

VIS-À-VIS FASHIONS (1997), INC.

       Counterclaim Plaintiff,

v.

PHAT FASHIONS, LLC,

       Plaintiff and Counterclaim Defendant.

-------------------------------------

Case No. 1:07 cv 03278 (PAC)

## RULE 7.1 DISCLOSURE STATEMENT OF VIS-À-VIS FASHIONS (1997), INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counterclaim Plaintiff Vis-à-Vis Fashions (1997), Inc., by and through its counsel, states as follows:

    1.    Vis-à-Vis Fashions (1997), Inc. is a nongovernmental corporate party to this action.

    2.    Vis-à-Vis Fashions (1997), Inc. is a privately held company incorporated under the Canadian Business Corporation Act and does not have a parent corporation. No publicly held corporation owns any stock of Vis-à-Vis Fashions (1997), Inc.

Dated: New York, New York
       June 26, 2007

                                          **GIBSON, DUNN & CRUTCHER LLP**

                                          By: _____/s/ Adam Offenhartz_____
                                              Adam Offenhartz (AO-0952)
                                              200 Park Avenue
                                              New York, New York 10166
                                              telephone: (212) 351-4000
                                              facsimile: (212) 351-4035

                                          *Counsel for Vis-à-Vis Fashions*
                                          *(1997), Inc.*

*Of Counsel*:

Laura M. Leitner
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166
telephone: (212) 351-4000
facsimile: (212) 351-4035