UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PHAT FASHIONS, LLC,

   Plaintiff,

v.

TORNADO IMPORTS (CANADA), INC.

   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:07 cv 03278 (PAC)

**NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TORNADO IMPORTS (CANADA), INC.

   Defendant and Counterclaim Plaintiff,

VIS-À-VIS FASHIONS (1997), INC.

   Counterclaim Plaintiff,

v.

PHAT FASHIONS, LLC,

   Plaintiff and Counterclaim Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  The undersigned respectfully enters this appearance as counsel for Defendant-Counterclaim Plaintiff Tornado Imports (Canada), Inc. and Counterclaim Plaintiff Vis-à-Vis Fashions (1997), Inc., and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant-Counterclaim

Plaintiff Tornado Imports (Canada), Inc. and Counterclaim Plaintiff Vis-à-Vis Fashions (1997), Inc. The undersigned is a member of this Court in good standing.

Dated: New York, New York
      June 26, 2007

                                                GIBSON, DUNN & CRUTCHER LLP

                                                By:  *[signature]*
                                                      Adam Offenhartz (AO-0952)
                                                      200 Park Avenue
                                                      New York, New York 10166
                                                      telephone: (212) 351-3808
                                                      facsimile: (212) 351-5272

                                                      *Counsel for Tornado Imports (Canada), Inc. and Vis-à-Vis Fashions (1997), Inc.*