UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PHAT FASHIONS, LLC,

        Plaintiff,

    v.

TORNADO IMPORTS (CANADA), INC.

        Defendant.

Case No. 1:07-cv-03278 (PAC)

**CERTIFICATE OF SERVICE**

------------------------------------- x
----------------------------------

TORNADO IMPORTS (CANADA), INC.

        Defendant and Counterclaim Plaintiff,

VIS-À-VIS FASHIONS (1997), INC.

        Counterclaim Plaintiff,

    v.

PHAT FASHIONS, LLC,

        Plaintiff and Counterclaim Defendant.

----------------------------------

    I, Laura M. Leitner, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 26th day of June 2007, I served the Answer, Defenses, and Counterclaims of Defendant Tornado Imports (Canada), Inc. and the Counterclaims of Counterclaim Plaintiff Vis-à-Vis Fashions (1997), Inc., the Rule 7.1 Corporate Disclosure Statement of Tornado Imports (Canada), Inc., the Rule 7.1 Corporate Disclosure Statement of Vis-à-Vis Fashions (1997), Inc.,

and the Notice of Appearance of Adam Offenhartz as counsel for Defendant-Counterclaim Plaintiff Tornado Imports (Canada), Inc. and Counterclaim Plaintiff Vis-à-Vis Fashions (1997), Inc., via first-class mail and email, upon counsel for the plaintiff in this action, Philip R. Hoffman, Esq., Pryor Cashman LLP.

*Laura Leitner* (signature)

Laura M. Leitner