Case 1:07-cv-03278-PAC    Document 10    Filed 07/10/2007    Page 1 of 2

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____ 1 0 207

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PHAT FASHIONS LLC,                          :        07 Civ. 03278 (PAC)

                          Plaintiff,        :        STIPULATION + Order

            - against -                     :

TORNADO IMPORTS (CANADA), INC.,             :

                          Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that:

1.    The Initial Pretrial Conference scheduled for July 16, 2007 at 2:15 p.m. is, with the permission of the Court, adjourned until Monday, September 17, 2007. at 2:30 p.m Ⓜ

in Courtroom 20-C ─────────────────────────── ; and

2.    Plaintiff's time to answer or otherwise move with respect to the Answer and Counterclaims filed on June 26, 2007, which would otherwise be due on July 16, 2007, is extended up to and including August 17, 2007.

3.    There have been no previous requests for adjournment of the initial pretrial conference or extension of time for Plaintiff to answer or otherwise move with respect to the Answer and Counterclaims.

Dated:  New York, New York
        July 10, 2007

                                        PRYOR CASHMAN LLP

                                        By: _____
                                        Philip R. Hoffman (PH-1607)
                                        Attorneys for Plaintiff
                                        410 Park Avenue
                                        New York, New York  10022
                                        Tel:  (212) 326-0192
                                        Fax:  (212) 798-6386

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: _____
                                        Adam Offenhartz (AO-0932)
                                        Attorneys for Defendant and
                                           Counterclaim Plaintiff
                                        200 Park Avenue
                                        New York, New York  10166
                                        Tel:  (212) 351-3808
                                        Fax:  (212) 351-5272

                          JUL 1 0 2007
SO ORDERED: _____

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE