```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PHAT FASHIONS LLC,  :  07 Civ. 03278 (PAC)

                 Plaintiff,  :  **STIPULATION**

   - against -  :

TORNADO IMPORTS (CANADA), INC.,  :

                Defendant.  :

-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that Plaintiff's time to answer or otherwise move with respect to the Answer and Counterclaims, which would otherwise be due on August 17, 2007, is extended up to and including September 7, 2007. There was one previous request for an extension of time for Plaintiff to answer or otherwise move with respect to the Answer and Counterclaims (from July 16, 2007 to August 17, 2007) which was granted.

Dated: New York, New York
      August 16, 2007

PRYOR CASHMAN LLP

By: _____
Philip R. Hoffman (PH-1607)
Attorneys for Plaintiff
410 Park Avenue
New York, New York 10022
(212) 421-4100

GIBSON, DUNN & CRUTCHER LLP

By: _____
Adam Offenhartz (AO-0952)
Attorneys for Defendant
200 Park Avenue
New York, New York 10166
(212) 351-4000

SO ORDERED: AUG 2 0 2007

_____
U.S.D.J.