James A. Beha II
Cornelius P. McCarthy
ALLEGAERT BERGER & VOGEL LLP
111 Broadway, 20th Floor
New York, NY, 10006
(212) 571-0550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHAT FASHIONS, LLC,

                  Plaintiff,            No. 1:07 cv 03278 (PAC)

          -against-

TORNADO IMPORTS (CANADA), INC.,      **NOTICE OF APPEARANCE**

                  Defendant.
------------------------------------------------------------x

      PLEASE TAKE NOTICE that the law firm of Allegaert Berger & Vogel LLP hereby appears as counsel for Tornado Imports (Canada), Inc. in the above-captioned matter.

Dated: New York, New York
       November 14, 2007

                                   ALLEGAERT BERGER & VOGEL LLP

                                   By: _____
                                      James A. Beha II
                                 111 Broadway, 20th Floor
                                 New York, New York 10006
                                 (212) 571-0550

                                 Attorneys for
                                 Tornado Imports (Canada), Inc.