# PRYOR CASHMAN SHERMAN & FLYNN LLP

410 PARK AVENUE, NEW YORK, NY 10022-4441  TEL: 212-421-4100  FAX: 212-326-0806

NEW YORK  ALBANY  LOS ANGELES

www.pryorcashman.com

DIRECT TEL: 212-326-0894
DIRECT FAX: 212-798-6347
enathanson@pryorcashman.com

April 5, 2006

<u>BY HAND</u>

Mr. Peter Morris
Phat Fashions, LLC
512 Seventh Avenue, 29th Floor
New York, NY  10018

Re:  <u>Phat Fashions/Tornado– Amendment No. 1 to License Agreement– Execution</u>

Dear Peter:

Enclosed please find two (2) partially executed originals of the Amendment No. 1 to the License Agreement among the above reference parties.

Please arrange to have countersigned where indicated and return one (1) fully executed original to me. Please keep one (1) original for your records. Thanks.

Please be sure to call me with questions. Best regards.

Very truly yours,

*Eli B. Nathanson /ymz*

Eli B. Nathanson

cc:  Mr. Bernt Ullmann
     Donald J. Gramke, Esq.
     Ms. Jan Wooten
     Brad D. Rose, Esq.

465626


DEFENDANT'S EXHIBIT 5   11-1-07

**PF 0153**