**IN WITNESS WHEREOF**, this Amendment has been executed and delivered by the parties hereto as of the date first above written.

PHAT FASHIONS, LLC

By:_____
Name:
Title:

By:_____
Name: Russell Simmons
Title: CEO

Tornado Imports (Canada), Inc.

By:_____
Name: ISSIE WISEMAN
Title: DIRECTOR.

463107

**IN WITNESS WHEREOF**, this Amendment has been executed and delivered by the parties hereto as of the date first above written.

PHAT FASHIONS, LLC

By:_____
Name:
Title:

By:_____
Name: Russell Simmons
Title: CEO

Tornado Imports (Canada), Inc.

By:_____
Name: ESSIE WISEMAN
Title: DIRECTOR.

463107