

| | |
|---|---|
| Don Gramke/Kellwood<br>04/21/2006 11:36 AM | To  Peter Morris/Kellwood@Kellwood<br>cc  Cory Isom/Kellwood@Kellwood<br>bcc<br>Subject  Phat Farm Tornado License Amendment |

Peter - since the numbers are changing, this will need to be signed by Bob. I am preparing a summary of the amendment. Please forward the amendments to me and I will get Bob to sign. Thx. Don

---

Donald J. Gramke
Associate General Counsel
Kellwood Company
600 Kellwood Parkway
Chesterfield, MO 63017

don.gramke@kellwood.com

(314)576-3203
(314)576-3388 (fax)

The information contained in this email message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it and remove it immediately from your PC and server, and notify us by return email that is was received in error.
Peter Morris/Kellwood

| | |
|---|---|
| Peter Morris/Kellwood<br>04/12/2006 04:16 PM | To  don.gramke@kellwood.com<br>cc  Bernt Ullmann/Kellwood@Kellwood<br>Subject  Tornado amendment |

Don,

I have this amendment signed by the licensee, Tornado, and by Russell. One more signature is required on behalf of Phat Fashions. There is no legal initial on the document. Can Bernt sign this.

Regards,

Peter

PAGE 1/1 * RCVD AT 4/18/2007 4:54:21 PM [Eastern Daylight Time] * SVR:NY21/6 * DNIS:6369 * CSID: * DURATION (mm-ss):00-36

PF 0160