Hoffman, Philip R.

**From:** Bernt.Ullmann@kellwood.com
**Sent:** Friday, May 05, 2006 8:57 AM
**To:** Nathanson, Eli B.
**Subject:** Re: Current Status List

Noted and thanks.
------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: "Nathanson, Eli B." [ENathanson@PRYORCASHMAN.com]
Sent: 05/04/2006 04:29 PM
To: Bernt Ullmann
Cc: Rose, Brad D." <BRose@PRYORCASHMAN.com>
Subject: Current Status List

-Korea License - drafted and sent to counsel to Licensee and awaiting comments

-Japan Distribution Agreement - in process of being drafted.

-Strategic Partners - execution phase

-Elite Industries - awaiting further comments from licensee

-Vichen - draft completed but on hold

-Grupo Eliat - draft completed and sent - awaiting comments

-Strech-O-Rama - was in execution phase - however I am now advised they wish to change the licensee entity yet again (back to Stretch-o-rama) with rights to assign to new entity and remain liable as guarantor. We will implement this revision and send out shortly.

-Millenium (GHG)- awaiting terms of new deal

Amendments:

Noho (PF Leather) - amendment drafted and sent to counsel, awaiting comments.

Tornado - execution phase

Modo - execution phase

10/3/2007

PF 0164

Eli B. Nathanson
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue, 10th Floor
New York, NY 10022
212-326-0894
212-326-0806 (facsimile)
enathanson@pryorcashman.com

---

This message contains information which may be confidential
and privileged. Unless you are the addressee (or authorized
to receive for the addressee), you may not use, copy or
disclose to anyone the message or any information contained
in the message. If you have received the message in error,
please advise the sender by reply email @pryorcashman.com,
and delete the message. Thank you very much.

---

To ensure compliance with U.S. Treasury Department regulations,
we advise that, unless otherwise expressly indicated, any
discussion of Federal tax issues in this communication was not
intended or written to be used, and cannot be used (i) to avoid
any penalties imposed under the Internal Revenue Code or
applicable provisions of state or local tax law or (ii) to
promote, market or recommend to another party any transaction
or matter addressed herein.

---

10/3/2007

**PF 0165**