Hoffman, Philip R.

**From:** Don.Gramke@Kellwood.com
**Sent:** Tuesday, May 23, 2006 7:52 AM
**To:** Nathanson, Eli B.
**Subject:** Fw: Tornado - Amendment Summary for your Review and Approval

Eli - FYI. Bernt is holding off on this extension for now. Thx. Don

Donald J. Gramke
Associate General Counsel
Kellwood Company
600 Kellwood Parkway
Chesterfield, MO 63017

don.gramke@kellwood.com

(314)576-3203
(314)576-3388 (fax)

The information contained in this email message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it and remove it immediately from your PC and server, and notify us by return email that is was received in error.

----- Forwarded by Don Gramke/Kellwood on 05/23/2006 06:50 AM -----

Bernt Ullmann/Kellwood

05/23/2006 06:39 AM

To: Don Gramke/Kellwood@Kellwood
cc: Peter Morris/Kellwood, Annie Walker/Kellwood
Subject: Re: Tornado - Amendment Summary for your Review and Approval

Don,

Bob has asked me to hold off on Canada.

I will review the summary and then discuss with Bob.

Thank you,

Bernt

Sent from my BlackBerry Wireless Handheld

From: Don Gramke

10/3/2007

PF 0174