# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022  Tel: 212-421-4100  Fax: 212-326-0806

www.pryorcashman.com

Eli B. Nathanson
Partner

Direct Tel: 212-326-0894
Direct Fax: 212-798-6347
enathanson@pryorcashman.com

September 28, 2007

**BY FEDERAL EXPRESS**

Clifford Halickman
Business Development & Legal Affairs
Multiprint/Algo Group
5555 Cypihot St
St. Laurent Quebec, Canada, H4S 1R3

   Re: **Phat Fashions/4404106 Canada, Inc./ Algo Apparel (US) LTD. – Execution**

Dear Clifford:

  Enclosed please find two (2) fully executed originals of each of the wholesale and retail License Agreements (along with the respective addendums) among the above referenced parties for your records. We will now deposit any checks held in escrow.

  Thank you for your efforts in finalizing this transaction. Please be sure to call us with any questions. Kind regards.

           Very truly yours,

           Eli B. Nathanson

cc: Mr. Bernt Ullmann
   Luther Rollins, Esq.
   Mr. Peter Morris
   Brad D. Rose, Esq.
   Richard Frazer, Esq.

535445

**CONFIDENTIAL & ATTORNEYS' EYES ONLY**

**PF 00846**