
Thursday September 18th, 2003
The Autograph Session
With Phat Farm &
Def Jam Creator
Russell Simmons
and
Reverend Run
of Run DMC
At
Athlete's World
Flagship Store
Heartland Town Centre
6055 Mavis Rd.
Britannia - Mississauga
4PM -5PM
ATHLETES WORLD
SUPERSTORE


ILLICIT
presents
THE PHAT CLASSIC
Thursday September 18th, 2003
hosted by
Russell Simmons & Reverend Run
music by
Starting From Scratch,
Dave Campbell & Christopher Michaels
inside the phenomenal
26 Lombard St
off Victoria St., south of Richmond
RSVP 416.410.2256
Doors Open 9pm
Limited advance tickets available
at ticketmaster or 416.410.2256
www.undisputedentertainment.com
for event photos: www.hypemultimedia.com
MOET & CHANDON
ATHLETES WORLD
Hennessy
COGNAC
UNDISPUTED
PHAT FARM
FLOW 93.5
Def Jam recordings
baby phat
ticketmaster

*Moet & Chandon and Athletes World*

*Present...*

*Fashion, Music & Business Icon*

# *Russell Simmons*

*You are cordially invited to attend an...*

## *Executive Power Lunch*

## Thursday September 18, 2003

Noon – 2PM

- *Russell offers keen insight into music, fashion, business & politics*
- *Fine cuisine prepared by Tobias Pohl-Weary*
- *Engage Russell one on one*
- *Extend your network, build relationships, schmooze*

RICOCHET

LIQUID LOUNGE & GRILLE

## 124 Avenue Rd. Toronto, ON

1 block South of Davenport

Ticket Price

**$99.00 Per Person** (taxes/grats included)

**R.S.V.P. by Thursday September 11, 2003**

**416.410.2256 Undisputed**

Corporate tables available.

---

*Partial Proceeds To Benefit:*









---






UNDISPUTED

TOR 000395



Phat Farm Presents
An Exclusive In-Store with the Legendary
Russell Simmons
CEO and Founder of Phat Farm
phatfarm.com
babyphat.com
getdipt.com
Your chance to meet Russell Simmons at
Dipt Urban Hook-Ups
819 Hornby Street, Vancouver (604) 669-9990
Saturday, July 9th, 2005 4-6pm
Free giveaways courtesy of Phat Farm.
Russell Simmons at Big Up Saturdays
Plush 750 Pacific Boulevard (Plaza of Nations)
BIG UP















Phat Farm Presents Russell Simmons
Saturday, July 9th 2005
Exclusive In-Store at Dipt from 4-6pm
And The Phat Farm After-Party with
Russell Simmons: Big Up Saturdays
@ Plush Nightclub (Plaza of Nations)







TITLE: Adorable
ISSUE: JUIN 2007
READERSHIP: 350,000 readers/issue
FEATURED: Baby Phat Bag + Earrings
Corps & Âme DEUX MAGAZINES POUR LE PRIX D'UN!
A
ADORABLE
AU SUMMUM
SEXE
Que pensent-ils de nous à 20, 30 ou 40 ans?
MISSION MAILLOT:
trouver celui qui avantage votre silhouette
Chirurgie des seins
La procédure, les coûts, les risques + 5 témoignages
Kei
Knig
«J'aime être sexy
mode A
baby phat
PAGE 1/2




**TITLE:** Adorable

**ISSUE:** JUIN 2007

**READERSHIP:** 350,000 readers/issue

**FEATURED:** ABS Dress

## CARNET D'ADRESSES

**Mode**

ABS PAR ALLEN SCHWARTZ
1 800 567-7244

ALDO
www.aldoshoes.com

AQUALARA
www.aqualara.com

ARDÈNE
www.ardene.com

ANZIE
www.anzie.com

BABY PHAT
1 800 567-7244

BALTEX
www.baltex.com

BEDO
www.bedo.ca

BIZOU INTERNATIONAL
www.bizou.com

BOUTIQUE ROUTE 66
(514) 804-0654

BULLE BIJOUX
www.esperanzadesign.com

BROWNS
www.brownsshoes.com

CHAUSSURES X2B
(514) 727-3573

CHRISTINA AMERICA
www.christina.ca

COLCCI JEANS
www.ponyride.ca

DIESEL
www.diesel.com

FORNARINA
www.fornarina.com

GOTTEX
1 800 463-7946

HYDE COLLECTION
1 888 356-9226

IN WEAR
1 800 463-8327

LOIS JEANS
www.loisjeans.ca

MAÏA
www.maiaonline.com

MATIX CLOTHING
www.matixclothing.com

MODE WILSON FASHION
Dans les pharmacies Jean Coutu

MUCHACHA
www.ponyride.ca

NAUGHTY
1 888 356-9226

NEVIK
www.nevik.ca

NOUGAT LONDON
www.nougatlondon.ca

NYGARD
Disponible chez Sears

OLD NAVY
www.oldnavy.com

PART TWO
1 800 463-8327

PINK JEANS
1 800 561-4952

POINT ZERO
www.pointzero.ca

POLICE
www.policetime.com

RICARDO PATRACA
(514) 804-0654

STONERIDGE
www.stoneridgeshoes.com

STUDIO SHAN
www.shan.ca

THE C COLLECTION
www.christina.ca

TRANSIT / SPRING
www.transitshoes.com

WINNERS
www.winners.ca

WONDERBRA
www.wonderbra.ca

XOXO
www.christina.ca

**Beauté**

AIRPLUS SPALINA
Dans les pharmacies, les grandes surfaces et les épiceries

ARBONNE INTERNATIONAL
www.arbonneinternational.ca

BENEFIT
www.benefitcosmetics.com

BRAUN
Dans les pharmacies, les grandes surfaces et chez les détaillants spécialisés

CLARINS
www.clarins.com

COVERGIRL
www.covergirl.com

DIOR
www.dior.com

DR. HAUSCHKA
www.drhauschka.com

DR. SCHOLL'S
www.drscholls.ca

EPILDOU
Dans les pharmacies

ESTÉE LAUDER
www.esteelauder.com

GALÉNIC
www.dermaweb.com

GILLETTE
www.gillettevenus.com

GIORGIO ARMANI
www.giorgioarmani.com

INGLOT
1 866 341-9389

JEAN D'ESTRÉES
Disponible dans les pharmacies Jean Coutu

LANCÔME
www.lancome.ca

L'ORÉAL PARIS
www.lorealparis.ca

MAKE UP FOREVER
www.makeupforever.com

MAYBELLINE
www.maybelline.com

NAIR
www.nair.com

OLAY
www.olay.ca

ORIGINS
www.origins.com

PÉDI RELAX
www.pierre-fabre.com

PERSONNELLE
www.jeancoutu.com

PHILIPS
www.philips.ca

REDKEN
www.redken.ca

REVLON
www.revlon.com

ROUGE COSMETICS
www.rougecosmetics.ca

SCHICK
Dans les pharmacies, les grandes surfaces et les épiceries

SALLY HANSEN
www.sallyhansen.com

SALON YDEM SPA MONTRÉAL
(514) 843-9333

SOFT SOLE
www.softsole.com

THE BODY SHOP
www.thebodyshop.ca

TOUCHY
Dans les pharmacies

TWEEZERMAN PROFESSIONNAL
Dans les pharmacies

VEET
Dans les pharmacies et les grandes surfaces

YVES ROCHER
www.yvesrocher.ca

**Autres**

CARLTON CARDS
www.carltoncards.com

ELDORADO IMPORT
(514) 931-6018

IKEA
www.ikea.ca

STOKES
www.stokesstores.com

TRUDEAU
1 800 TRUDEAU

WINNERS / HOMESENSE
www.winners.ca

baby phat

le carnet A

A
ADORABLE
AU SUMMUM

## NOUVELLE SECTION CORPS ET ÂME!

(TROUVEZ LES DEUX MAGAZINES POUR LE PRIX D'UN!)

### * BEAUTÉ

- LES MYTHES ET LES RÉALITÉS DU BRONZAGE
- AVOIR DES LÈVRES PULPEUSES, C'EST POSSIBLE?

### * PSYCHO-COUPLE

- ÊTES-VOUS UNE DÉPENDANTE AFFECTIVE?
- SÉDUIRE SUR LA PLAGE

### * AUDACE

- RÉUSSIR SES VACANCES SEXY
- JEUX SEXUELS EN PLEIN AIR

NE MANQUEZ SURTOUT PAS LE PROCHAIN NUMÉRO! EN KIOSQUE LE 8 JUIN 2007



PAGE 2/2

**TITLE:** Adorable

**ISSUE:** APRIL 2007

**READERSHIP:** 350,000 readers/issue

**FEATURED:** Baby Phat Shoe

A ADORABLE AU SUMMUM

5 exercices pour un ventre plat!

SEXE

GRAND MÉNAGE SENTIMENTAL! Retrouvez l'équilibre entre toutes les sphères de votre vie!

Couple Ces hommes qui disent NON! Pourquoi?

PIN UP

Mode 3 designers se prononcent sur les tendances printemps-é

A mode

# Jamais sans mon... capri!

Le pantacourt en jeans a décidément la cote… Il se la joue à la fois streetwear, urbain et sexy! PHOTOS: JAIME LEBLANC / STYLISTE: SONIA DEROY / ASSISTANTE: MARIE-AUDRÉE CAOUETTE

**Le must du mois:** le pantacourt en jeans (Fornarina, 185$)












**TITLE:** Adorable

**ISSUE:** JULY 2007

**READERSHIP:** 471,000 readers/issue

**FEATURED:** Baby Phat Shoes + more





**TITLE:** Adorable

**ISSUE:** JULY 2007

**READERSHIP:** 471,000 readers/issue

**FEATURED:** Baby Phat Shoes + more



PAGE 3/3