**TITLE:** **Filles Clin D'oeil**

**ISSUE:** **MARCH 2007**

**READERSHIP:** **471,000 readers/issue**

**FEATURED:** **Baby Phat Lingerie**





**TITLE:** **LOU LOU (french ed.)**

**ISSUE:** **APRIL 2007**

**READERSHIP:** **294,000 readers/issue**

**FEATURED:** **Baby Phat Shoe**

Case 1:07-cv-03370-PAC Document 20-4 Filed 11/30/2007 Page 3 of 9

**TITLE:** **Filles Clin D'oeil**

**ISSUE:** **JULY 2007**

**READERSHIP:** 471,000 readers/issue

**FEATURED:** **Baby Phat Shoes + Bags**



**PAGE 1/3**



**TITLE:** Filles Clin D'oeil

**ISSUE:** JULY 2007

**READERSHIP:** 471,000 readers/issue

**FEATURED:** Baby Phat Shoes + Bags

PAGE 2/3

**TITLE:**       **Filles Clin D'oeil**

**ISSUE:**       **JULY 2007**

**READERSHIP:** 471,000 readers/issue

**FEATURED:**    **Baby Phat Shoes + Bags**



**PAGE 3/3**



**EXCLUSIF KEIRA ET ORLANDO: SECRETS DE PIRATES**

# STAR INC

1.99$

»MODE
LA GWENMANIA

FALL OUT BOY
»CONFIDENCES
DE NERDS

DOSSIER
BLOCKBUSTERS
»ENTREVUES
EXCLUSIVES
»DÉTAILS SUR
LES TOURNAGES
»ET BIEN PLUS!

»ENQUÊTE:
AMOUR À
HOLLYWOO
POURQUOI LEURS R
NE MARCHENT PAS

TOM, BRAD, SCARLETT, J

| | |
|---|---|
| **TITLE:** | **Star Inc.** |
| **ISSUE:** | **JUIN 2007** |
| **READERSHIP:** | **580,000 readers/issue** |
| **FEATURED:** | **Baby Phat Bag** |

⬛TYLE

# En mode célibat!

Zoom sur les nouveaux looks réussis des
célibataires les plus convoitées de L.A.

**» La célibataire urbaine**
**REESE WITHERSPOON**
Depuis sa séparation d'avec l'acteur Ryan Phillippe, l'oscarisée Reese
Witherspoon a quelque peu changé son allure. Maman avant tout, elle affichait
un look plus simple, moins raffiné. Mais la nouvelle célibataire a apporté une
touche de féminité à sa garde-robe, et ses tenues sont plus recherchées.
Son style plus sexy charmera la gent masculine, cela ne fait aucun doute!



SEXY

MAMMY

Reese Witherspoon





baby phat



FATAL

DANTAL

**CLASSIQUE CHIC**
Camisole en coton. FOXY JEANS, 29.99 $
Chandail sans manches signé Twik. SIMONS, 9.99 $
Jeans. JACOB, 50 $
Bague. ALDO, 15 $
Sac à main. LE CHÂTEAU, 49.95 $
Lunettes Versace.
OPTIQUE RICHARD SANTELLO, 340 $
Souliers à petits talons. LE CHÂTEAU, 39.95 $

**CLASSIQUE PRATIQUE**
Camisole en viscose croisé de broderie.
MAC & JAC, 49 $
Chandail à manches courtes en coton. JACOB, 39 $
Pantalon fuseau en polyester. LE CHÂTEAU, 09.95 $
Sac à main. BABY PHAT, 150 $
Lunettes Chanel. OPTIQUE RICHARD SANTELLO, 431 $
Bracelets argent. H&M, 6.50 $ et 5.50 $ chacun
Escarpins noirs. ALDO, 79.99 $

→**DESTINATION SHOPPING**
Reese aime magasiner les boutiques chez Gap et Old Navy.
→**CE QU'IL FAUT SAVOIR**
Elle aurait été une fille à souliers. D'ailleurs, une possède au moins
une centaine de paires de chaussures. La chanceuse!
→**SES SECRETS DE BEAUTÉ**
La belle se serrue son regard grâce au recourbe-cils de Shu Uemura.
(En vente chez Holt Renfrew)



**TITLE:**　　　　**SUMMUM MAGAZINE**

**ISSUE:**　　　　**JUIN 2007**

**READERSHIP:** 350,000 readers/issue

**FEATURED:**　　**Phat Farm**



**PAGE 1 / 2**

**TITLE:** **SUMMUM MAGAZINE**

**ISSUE:** **JUIN 2007**

**READERSHIP:** 350,000 readers/issue

**FEATURED:** Phat Farm



**PAGE 2 / 2**

**TITLE:**           **SUMMUM MAGAZINE**

**ISSUE:**           **MARCH 2007**

**READERSHIP: 350,000** readers/issue

**FEATURED:**    **Phat Farm Hat**

