**From:** Monte.Boyd@kellwood.com
**Sent:** Tuesday, February 06, 2007 3:19 PM
**To:** josh@tyfoon.com; iwiseman@tyfoon.com; alexander.moreno-stolz@j-m-s.net; soojin@j-m-s.net; saif@sportland.ae; ammar@sportland.ae; pfkorea@gmail.com; moisestawil@prodigy.net.mx
**Cc:** armando.murillo@kellwood.com; myorr@phatfarm.com; jmast@phatfarm.com; Matthew.Fairchild@kellwood.com

Dear Distributor/Licensee,

Please be advised of the agenda for the Phat Farm International Update meeting held at Magic in Las Vegas on Tuesday February 13, 2006. Please note that this is a mandatory meeting. If you can not attend, please make sure that a representative from your territory is available to collect your information. If you have further questions or concerns regarding the upcoming meeting, please feel free to contact me at your convenience.

Rgds.,

Monte' Boyd
Licensing Coordinator
Phat Fashions
(212)798-3148

*************************************************************************

## AGENDA
### For
### INTERNATIONAL UPDATE MEETING
### FEBRUARY 13, 2007
### 2:00PM

**2:00PM – INTRODUCTION** — *MONTE BOYD*

**2:10PM – PRESS AND MARKETING MATERIALS** – *MYORR JANHA*

**2:20PM – RETAIL DEVELOPMENT UPDATE** - *JOSH MAST*

**2:30PM – PHAT FARM FALL 2007 MEN'S OVERVIEW**
– *KEVIN LEONG*
                                                 - *MATTHEW FAIRCHILD*

**3:10PM – TRIM UPDATES/FIT BOARD PRESENTATION**
                                                 - *ARMANDO MURILLO*

10/23/2007

TOR 000180

*3:25PM - CLOSING REMARKS*          *– BERNT ULLMANN*

10/23/2007

TOR 000181