| | |
|---|---|
| **From:** | Issie Wiseman [iwiseman@tyfoon.com] |
| **Sent:** | Wednesday, March 01, 2006 10:59 AM |
| **To:** | Josh Wiseman |
| **Subject:** | Fw: Re: |
| **Attachments:** | PF Letter.doc |



PF Letter.doc (21 KB)

```
----- Original Message -----
From: "Issie Wiseman" <iwiseman@tyfoon.com>
To: <Bernt.Ullmann@kellwood.com>
Sent: Wednesday, March 01, 2006 10:58 AM
Subject: Re: Re:


> Hi Bernt,
>
> Please see attached proposal for the continuation of our distribution
> agreement
>
> Regards
>
> Issie Wiseman
>
```

TOR 000428

March 1, 2006

Dear Bernt,

It was a pleasure seeing you at Magic. Please find the proposal for the Phat Farm and related products Canadian contract renewal minimums;-

| Initial Term | January 1, 2008 – December 31, 2008 | 350,000 |
| --- | --- | --- |
| | January 1, 2009 – December 31, 2009 | 450,000 |
| | January 1, 2010 – December 31, 2010 | 550,000 |
| 1st Option Period | January 1, 2011 – December 31, 2011 | 600,000 |
| | January 1, 2012 – December 31, 2012 | 650,000 |
| | January 1, 2013 – December 31, 2013 | 700,000 |

Please contact me once you have had a chance to review.

Best regards,

Issie Wiseman

TOR 000429