
IMPORTATIONS
**TORNADO**
IMPORTS INC.

BY COURRIER                                   March 19, 2007

Phat Fashions LLC
512 Seventh Avenue
43rd Floor
New York, NY   10018

Attention  :  Mr. Bernt Ullmann

Re: Phat Fashions/Tornado Imports
    Amended License Agreement

Dear Bernt:

You will recall that in March 2006 Phat Fashions and Tornado Imports agreed to the amendment of the License Agreement and we returned to Eli B. Nathanson two signed originals for signing by Phat Fashions which has always been forthcoming.

In virtue of the terms of the Amended License Agreement, we are obliged to give notice between March 1 and June 30, 2007 of our intention to exercise the Third Option covering the period of January 1, 2008 to December 31, 2010. The present letter constitutes notice of exercise of the Third Option.

We are also transmitting a copy of this notice to Kellwood Company and Pryor Cashman as required under the Amended License Agreement.

Trusting all is satisfactory, we remain,

Yours truly,
TORNADO IMPORTS (CANADA) INC.

Per : _____
      ISSIE WISEMAN

C.C. - Kellwood Company
       Pryor Cashman Sherman & Flynn LLP

5540 RUE FERRIER, MONTRÉAL, QUÉBEC, CANADA  H4P 1M2 • TEL.: (514) 731-7070 • FAX: (514) 733-8533 • E-MAIL: style@tvf.com

TOR 000909