# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

BRAD D. ROSE
DIRECT TEL: 212-326-0875
DIRECT FAX: 212-798-6369
brose@pryorcashman.com

March 21, 2007

**Via Federal Express**

Mr. Issie Wiseman
Tornado Imports (Canada), Inc.
5540 Rue Ferrier
Montreal, P.Q. H4P 1M2

RE: **Phat Fashions, LLC / Tornado Imports (Canada), Inc. – License Agreement**

Dear Mr. Wiseman:

Reference is hereby made to that certain Trademark License Agreement entered into by and between Phat Fashions, LLC ("Licensor") and Tornado Imports (Canada), Inc. ("Licensee") dated as of August 1, 1998 (the "Agreement"). Capitalized terms not otherwise defined herein shall have the meanings assigned to them in the Agreement.

We are in receipt of your letter dated as March 19, 2007, wherein you referenced an amendment to the License Agreement and an alleged exercise of a renewal option pursuant to such amendment.

Please note that while a draft amendment was prepared and sent to you for review and comment back in March 2006, to date, neither this office nor Licensor has received any comments from you or, in lieu of comments, an executed counterpart of the proposed amendment. To the extent that you believe that you transmitted a signed amendment back to this office or to Licensor, please further note that, in any event, pursuant to Section 17 of the Agreement, the Agreement *"can only be extended, waived or modified by a writing signed by both parties."* Notwithstanding your claim to have executed and returned the amendment, given that Licensor has, most assuredly, **not** signed the proposed Amendment, your attempt to exercise a renewal option that is unavailable to you under the Agreement is hereby rejected.

Accordingly, pursuant to Section 3 of the Agreement, the Term of the Agreement shall expire on December 31, 2007.

510201

TOR 000910

2

**PRYOR CASHMAN LLP**

Mr. Issie Wiseman
March 21, 2007
Page 2 of 2

Nothing contained herein or omitted herefrom shall be deemed to be a waiver of Licensor's rights under the Agreement, at law or in equity, all such rights being expressly reserved.

Very truly yours,

Brad D. Rose

cc:  Luther Rollins, Esq. (*via facsimile*)
    Mr. Bernt Ullmann (*via facsimile*)
    Mr. Peter Morris (*via facsimile*)

510201

TOR 000011