## Phat Fashions LLC - Accounting Report B

## Quarterly Actual Net Sales Report

| | |
|---|---|
| Licensee: | Tornado Imports (Canada) Inc |
| Contact person: | Barry Segal |
| Telephone no.: | 514-731-7070 |
| Facsimile no.: | 514-733-8533 |
| Email address: | barry@tyfoon.com |
| Quarter/Year: | Jul.1-Sept.30/2005 |

### Actual Net Sales

| Category | Total Sales (US$) |
|---|---:|
| Phat Farm | 1,638,660.67 |
| PF Leathers | 65,010.30 |
| PF Accessories | 22,091.03 |
| PF Kids | 397.75 |
| PF Shoes | 2,701,459.72 |
| **Total** | **$ 4,427,619.47** |

TOR 000763

## Phat Fashions LLC - Accounting Report B

## Monthly Actual Net Sales Report

| | |
|---|---|
| Licensee: | Tornado Imports (Canada) Inc |
| Contact person: | Barry Segal |
| Telephone no.: | 514-731-7070 |
| Facsimile no.: | 514-733-8533 |
| Email address: | barry@tyfoon.com |
| Month/Year: | September/2005 |

### Actual Net Sales

| Category | Total Sales (US$) |
|---|---|
| Phat Farm | 377,309.78 |
| PF Leathers | 59,009.15 |
| PF Accessories | 4,877.88 |
| PF Kids | (16,482.33) |
| PF Shoes | 342,313.41 |
| **Total** | **$ 767,027.89** |

10/11/2005

TOR 000764

## Phat Fashions LLC - Accounting Report B

## Monthly Actual Net Sales Report

| | |
|---|---|
| Licensee: | Tornado Imports (Canada) Inc |
| Contact person: | Barry Segal |
| Telephone no.: | 514-731-7070 |
| Facsimile no.: | 514-733-8533 |
| Email address: | barry@tyfoon.com |
| Month/Year: | August/2005 |

### Actual Net Sales

| Category | Total Sales (US$) |
|---|---|
| Phat Farm | 458,481.31 |
| PF Leathers | 6,001.15 |
| PF Accessories | 1,633.69 |
| PF Kids | 7,965.97 |
| PF Shoes | 1,370,857.72 |
| Total | $ 1,844,939.84 |

09/12/2005

TOR 000765

## Phat Fashions LLC - Accounting Report B

## Monthly Actual Net Sales Report

| | |
|---|---|
| Licensee: | Tornado Imports (Canada) Inc |
| Contact person: | Barry Segal |
| Telephone no.: | 514-731-7070 |
| Facsimile no.: | 514-733-8533 |
| Email address: | barry@tyfoon.com |
| Month/Year: | July/2005 |

### Actual Net Sales

| Category | Total Sales (US$) |
|---|---|
| Phat Farm | 802,869.58 |
| PF Leathers | - |
| PF Accessories | 15,579.46 |
| PF Kids | 8,914.11 |
| PF Shoes | 988,288.59 |
| Total | $ 1,815,651.74 |

10/06/2005

TOR 000766

**Canada Trust**

Foreign Exchange Transaction
Customer Receipt

OCT. 12, 2005           REF.NO: 052850010-4280

SOLD TO YOU             278940.02 USD DRAFT
RATE AT                          N/A
SUB-TOTAL               278940.02 USD
CHARGES                      6.50 USD
TOTAL                   278946.52 USD

SERIAL #:  03840782                FORM: 15540

PAYEE:         PHAT LICENSING LLC
DEBIT    USD ACCOUNT:   7309620 - 04280

CUSTOMER:  TORNADO

I/WE AUTHORIZE YOU TO DEBIT THE ABOVE ACCOUNT

PREP / CHECK                    Customer Signature / Authorization

Customer Receipt                   515678 (01/01)

Customer's record of Draft purchased from

**he Toronto-Dominion Bank**

                                4280 - 03840782
                         No.    - 3840782
                         OCTOBER 12    2005
                                    Date

ay to the    PHAT LICENSING LLC          U.S. $ ******278,940.02
rder of

                 278940 02              United States Dollars

eceipt Only – Not Negotiable                Authorized Officer    Number

ease retain for presentation in event Original lost
                                         Countersigned

TOR 000761

## Tornado Imports (Canada) Inc.
## Commissions on Phat Farm Sales

### Jul.01 - Sept.30/2005

| | Sales in CAD$ | Rate of Exchange | | Sales in US$ |
|---|---|---|---|---|
| $ | 5,380,000.42 | 1.2151 | $ | 4,427,619.47 |
| | | Rate of Commission | | 7% |
| | | Gross Commissions | $ | 309,933.36 |
| | | Less: 10% Withholding Taxes | $ | (30,993.34) |
| | | Net Commissions | $ | 278,940.02 |

*Handwritten annotations:*

```
* GL502 -   1,546.37
   504 -   4,550.72
   507 - 114,706.25
   5070- 189,102.18
   508 -       27.84
           ─────────
           309,933.36

PHA2    POSTED  J4495

229 (30,993.34)
```

TOR 000762