**Phat Fashions LLC - Accounting Report B**

**Quarterly Actual Net Sales Report**

| | |
|---|---|
| **Licensee:** | **Vis-à-Vis Fashions (1997) Inc** |
| **Contact person:** | Barry Segal |
| **Telephone no.:** | 514-731-7070 |
| **Facsimile no.:** | 514-733-8533 |
| **Email address:** | barry@tyfoon.com |
| **Quarter/Year:** | **Jul.1-Sept.30/2005** |

### Actual Net Sales

| Category | Total Sales (US$) |
|---|---|
| Baby Phat | 309,998.64 |
| BP Leathers | 141,287.41 |
| BP Accessories | 312,334.41 |
| BP Outerwear | 303,059.04 |
| BP Shoes | 437,704.34 |
| **Total** | **$   1,504,383.84** |

**Phat Fashions LLC – Accounting Report B**

**Monthly Actual Net Sales Report**

| | |
|---|---|
| Licensee: | Vis-à-Vis Fashions (1997) Inc |
| Contact person: | Barry Segal |
| Telephone no.: | 514-731-7070 |
| Facsimile no.: | 514-733-8533 |
| Email address: | barry@tyfoon.com |
| Month/Year: | September/2005 |

**Actual Net Sales**

| Category | | Total Sales (US$) |
|---|---|---|
| Baby Phat | | 13,049.66 |
| BP Leathers | | 140,701.91 |
| BP Accessories | | 33,284.47 |
| BP Outerwear | | 302,689.61 |
| BP Shoes | | 55,639.69 |
| | Total | $ 545,365.34 |

10/07/2005

TOR  000874

## Phat Fashions LLC - Accounting Report B

## Monthly Actual Net Sales Report

| | |
|---|---|
| **Licensee:** | Vis-à-Vis Fashions (1997) Inc |
| **Contact person:** | Barry Segal |
| **Telephone no.:** | 514-731-7070 |
| **Facsimile no.:** | 514-733-8533 |
| **Email address:** | barry@tyfoon.com |
| **Month/Year:** | August/2005 |

### Actual Net Sales

| Category | | Total Sales (US$) |
|---|---|---|
| Baby Phat | | 292,746.07 |
| BP Leathers | | 132.17 |
| BP Accessories | | 168,303.79 |
| BP Outerwear | | 369.43 |
| BP Shoes | | 181,379.48 |
| | **Total** | **$ 642,930.94** |

09/12/2005

TOR 000875

**Phat Fashions LLC - Accounting Report B**

**Monthly Actual Net Sales Report**

| | |
|---|---|
| **Licensee:** | Vis-à-Vis Fashions (1997) Inc |
| **Contact person:** | Barry Segal |
| **Telephone no.:** | 514-731-7070 |
| **Facsimile no.:** | 514-733-8533 |
| **Email address:** | barry@tyfoon.com |
| **Month/Year:** | July/2005 |

### Actual Net Sales

| Category | Total Sales (US$) |
|---|---|
| Baby Phat | 4,202.91 |
| BP Leathers | 453.33 |
| BP Accessories | 110,746.15 |
| BP Outerwear | - |
| BP Shoes | 200,685.17 |
| **Total** | **$ 316,087.56** |

10/06/2005

TOR  000876



**TD Canada Trust**

Foreign Exchange Transaction
Customer Receipt

12 OCT., 2005           NO REF.: 052850012-4280

VENDU A VOUS            94776.18 USD TRAITE
TAUX AU                          S/0
TOTAL PARTIEL          94776.18 USD
FRAIS                         6.50 USD
TOTAL                  94782.68 USD

SERIE #: Q3840784          FORMULE: 15540

BENEFICIAIRE: PHAT LICENSING LLC
DEBITER  COMPTE USD:  7305129 - 04280

CLIENT:   VIS-A-VIS (97)

VEUILLEZ DEBITER LE COMPTE CI-DESSUS

PREP    CHECK

_____
Customer Signature / Authorization

**Customer Receipt**          515678 (01/01)

Customer's record of Draft purchased from

# he Toronto-Dominion Bank

                              4280 - 03840784
                         No.        — 3840784
                    OCTOBER 12    2005
                                  Date
ay to the   PHAT LICENSING LLC
rder of                              U.S. $  *******94,776.18

            94776.18
                                      United States Dollars

eceipt Only – Not Negotiable
                              _____
                              Authorized Officer      Number

ease retain for presentation in event Original lost
                              _____
                              Countersigned

TOR 000871

**Vis-à-Vis Fashions (1997) Inc.**
**Commissions on Baby Phat Sales**
**Jul.01 - Sept.30/2005**

| Sales in CAD$ | Rate of Exchange | Sales in US$ |
|---|---|---|
| $    1,827,976.80 | 1.2151 | $    1,504,383.84 |
| | Rate of Commission | 7% |
| | Gross Commissions | $    105,306.87 |
| | Less: 10% Withholding Taxes | $    (10,530.69) |
| | Net Commissions | $    94,776.18 |

*handwritten notes:*

Gc 540 - 21,863 $^{41}$
542 - 21,698 $^{41}$
5420 - 30,638 $^{20}$
543 - 8,890 $^{12}$
544 - 21,214 $^{13}$

105,306 $^{87}$

PHA2

POSTED √3899

Gc 22 8

July
Aug
Sept

229 ( 10530.69 )

TOR  000872