

# RSM Richter

## Tornado Imports (Canada) Inc.

**Schedule of Net Sales**
September 30, 2005



TOR 001052

# Tornado Imports (Canada) Inc.

**Schedule of Net Sales**
**September 30, 2005**

**Contents**

Auditors' Report                                                  1

Schedule of Net Sales                                             2

TOR 001053

# RSM Richter

RSM Richter S.E.N.C.R.L.
Comptables agréés
**Chartered Accountants**
2, Place Alexis Nihon
Montréal (Québec) H3Z 3C2
Téléphone / Telephone : (514) 934-3400
Télécopieur / Facsimile : (514) 934-3408
www.rsmrichter.com

## Auditors' Report

### On Schedule of Net Sales
### To Phat Fashions LLC

At the request of Tornado Imports (Canada) Inc., we have audited the schedule of net sales totalling $17,661,406 (U.S.$14,330,161) in accordance with section 5(g) of the Trademark License Agreement dated August 1, 1998 for the period from October 1, 2004 to September 30, 2005. This financial information is the responsibility of the management of Tornado Imports (Canada) Inc. Our responsibility is to express an opinion on this financial information based on our audit.

We conducted our audit in accordance with Canadian generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial information is free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial information. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial information.

In our opinion, this schedule presents fairly, in all material respects, the net sales of Tornado Imports (Canada) Inc. for the period from October 1, 2004 to September 30, 2005 in accordance with section 5(g) of the Trademark License Agreement dated August 1, 1998.

*RSM Richter LLP*

**Chartered Accountants**

Montreal, Quebec
December 16, 2005

RSM Richter S.E.N.C.R.L. est un cabinet indépendant membre de RSM International, association de cabinets indépendants d'expertise comptable et de services conseils

RSM Richter LLP is an independent member firm of RSM International, an affiliation of independent accounting and consulting firms.

TOR 001054

## Tornado Imports (Canada) Inc.

Schedule of Net Sales
For the Period From October 1, 2004
  to September 30, 2005

| Period | $ Canadian | $ U.S. |
|---|---|---|
| October 1, 2004 to December 31, 2004 | $ 3,312,680 | $ 2,686,030 |
| January 1, 2005 to March 31, 2005 | 6,131,939 | 4,956,304 |
| April 1, 2005 to June 30, 2005 | 2,836,787 | 2,260,208 |
| July 1, 2005 to September 30, 2005 | 5,380,000 | 4,427,619 |
| | $ 17,661,406 | $ 14,330,161 |

Note: Net sales are calculated in accordance with the Trademark License Agreement, between Phat Fashion LLC and Tornado Imports (Canada) Inc. dated August 1, 1998.

TOR 001055

# RSM Richter

## Vis-A-Vis Fashions (1997) Inc.

Schedule of Net Sales
September 30, 2005



TOR 000713

# Vis- A -Vis Fashions (1997) Inc.

**Schedule of Net Sales**
**September 30, 2005**

**Contents**

Auditors' Report . . . 1

Schedule of Net Sales . . . 2

TOR 000714

# RSM Richter

**Auditors' Report**

RSM Richter S.E.N.C.R.L.
Comptables agréés
Chartered Accountants
2, Place Alexis Nihon
Montréal (Québec) H3Z 3C2
Téléphone / Telephone : (514) 934-3400
Télécopieur / Facsimile : (514) 934-3408
www.rsmrichter.com

**On Schedule of Net Sales**
**To Phat Fashions LLC**

At the request of Vis-A-Vis Fashions (1997) Inc., we have audited the schedule of net sales totalling $6,259,047 (U.S.$5,078,459) in accordance with section 5(g) of the Trademark License Agreement dated August 1, 1998 for the period from October 1, 2004 to September 30, 2005. This financial information is the responsibility of the management of Vis-A-Vis Fashions (1997) Inc. Our responsibility is to express an opinion on this financial information based on our audit.

We conducted our audit in accordance with Canadian generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial information is free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial information. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial information.

In our opinion, this schedule presents fairly, in all material respects, the net sales of Vis-A-Vis Fashions (1997) Inc. for the period from October 1, 2004 to September 30, 2005 in accordance with section 5(g) of the Trademark License Agreement dated August 1, 1998.

*RSM Richter LLP*

**Chartered Accountants**

Montreal, Quebec
December 16, 2005

RSM Richter S.E.N.C.R.L. est un cabinet indépendant membre de RSM International, association de cabinets indépendants d'expertise comptable et de services conseils.

RSM Richter LLP is an independent member firm of RSM International, an affiliation of independent accounting and consulting firms.

TOR 000715

## Vis-A-Vis Fashions (1997) Inc.

**Schedule of Net Sales**
**For the Period From October 1, 2004**
  **to September 30, 2005**

| Period | $ Canadian | $ U.S. |
|---|---:|---:|
| October 1, 2004 to December 31, 2004 | $ 2,074,417 | $ 1,682,005 |
| January 1, 2005 to March 31, 2005 | 1,249,878 | 1,010,248 |
| April 1, 2005 to June 30, 2005 | 1,106,775 | 881,822 |
| July 1, 2005 to September 30, 2005 | 1,827,977 | 1,504,384 |
| | $ 6,259,047 | $ 5,078,459 |

Note: Net sales are calculated in accordance with the Trademark License Agreement, between Phat Fashion LLC and Tornado Imports (Canada) Inc. dated August 1, 1998.

TOR 000716