|  | GMR |  | GMR |
|---|---|---|---|
|  |  | OPTION (A) | | OPTION (B) |
| Consider the following options: | | $ US | | $ US |

Annual Period

| Initial Term - Jan 1-2008 - Dec 31-2008 | 357,000 | 250,000 | 428,500 | 300,000 |
| Jan 1 2009 - Dec 31 2009 | 3,928,000 | 275,000 | 464,300 | 325,000 |
| Jan 1 2010 - Dec 31 2010 | 4,285,000 | 300,000 | 500,000 | 350,000 |

1st Option Period

| Jan 1-2011 - Dec 31-2011 | 4,643,000 | 325,000 | 535,700 | 375,000 |
| Jan 1 2012 - Dec 31 2012 | 5,000,000 | 350,000 | 571,485 | 400,000 |
| Jan 1 2013 - Dec 31 2013 | 5,357,000 | 375,000 | 607,429 | 425,000 |

1) The above assumes that the royalty rate will be maintained @ 7% and ?

2) Since 1998 there has been no minimum advertising ?

3) Royalties paid to Kellwood for the period Jan 1/03 - Dec 31/03 amounted to us $1,3 approx all in US $1,322,000 — total of total $ in US $ [illegible] $1,551,391

PAPETERIE SAUVÉ

TOR 000915