# *3702669 CANADA INC.*

November 28, 2006

Mr. Glenn J. Feldman
Montreal Media Entertainment
Building Inc.
5 Place Ville Marie, Suite 1108
Montreal, Quebec  H3B 2G2

Re:    Lease renewal of November 15, 2004
       484 St. Catherine Street West, Montreal

Dear Mr. Feldman,

Further to our telephone conversation of earlier this week we would be prepared to cancel our rights to resiliate the lease under section (1) of the Lease Renewal signed on November 15, 2004 provided that the landlord will agree to extend the renewal period by an additional three (3) years ending February 28, 2013 under the same terms and conditions; subject however to yearly annual rent increases of $1.00 per square foot.  We have reviewed our long term financial plan for the Phat Farm Store and are prepared to commit to a longer term provided you are in agreement with the proposed annual escalations.

Yours truly,
3702669 CANADA INC.

Barry Segal
V-P, Finance

*5540 FERRIER STREET, MONTREAL, QUEBEC H4P 1M2*
*Phone:  514-731-7070   Fax:  514-733-8533*

TOR 001660