UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

PHAT FASHIONS LLC,    :    07 Civ. 03278 (PAC)

                Plaintiff,    :

   - against -    :

TORNADO IMPORTS (CANADA), INC.,    :

                Defendant.    :

----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that on December 10, 2007, and in accordance with, I served the documents set forth below upon the attorneys for defendant by electronically filing a copy with the Court and by causing copies to be sent by hand to James A. Beha II, Esq., Allegaert Berger & Vogel LLP, 111 Broadway, 18th Floor, New York, NY 10006:

1. Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for a Preliminary Injunction dated December 10, 2007

2. Declaration of Philip R. Hoffman in Opposition to Defendant's Motion for a Preliminary Injunction dated December 10, 2007; and

3. Plaintiff's Hearing Exhibits <u>and</u> Exhibits to December 10, 2007 Declaration of Philip R. Hoffman in Opposition to Defendant's Motion for a Preliminary Injunction.

Dated: New York, New York
       December 10, 2007

                                                                      PHILIP R. HOFFMAN