# ABV Allegaert Berger & Vogel LLP

Writer's e-mail: rbusloff@abv.com

ATTORNEYS

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

December 10, 2007

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

December 10, 2007
Application **GRANTED**
SO Ordered

/s/ Paul Crotty
USDJ

Phat Fashions, LLC v. Torndao Imports (Canada), Inc.
07 CIV. 03278 (PAC)

Dear Judge Crotty:

We represent defendant Torndao Imports (Canada) Inc. in the above-referenced matter.

Pursuant to Your Honor's Individual Rule 7(H), we respectfully request the Court's authorization for the following individuals to bring cellular phones, PDAs and/or laptops into the courtroom for the hearing commencing on Thursday, December 13, 2007: James A. Bega II (cellphone, Blackberry); Ronald Busloff (Blackberry, laptop); Issie Wiseman (Blackberry); and Barry Segal (Blackberry). In addition, we will be bringing approximately four boxes of documents in binders for the hearing.

Respectfully submitted,

Ronald Busloff

cc: Philip R. Hoffman, Esq.

**MEMO ENDORSED**