# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022  Tel: 212-421-4100  Fax: 212-326-0806

PHILIP R. HOFFMAN
phoffman@pryorcashman.com

DIRECT TEL: 212-326-0192
DIRECT FAX: 212-798-6356
phoffman@pryorcashman.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 1 2007

December 11, 2007

*December 11, 2007*
**Application GRANTED**
**SO Ordered**
/s/ Paul Crotty
U.S.D.J.

**VIA FAX**

Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

Re: **Phat Fashions LLC v. Tornado Imports (Canada), Inc., 07 Civ. 3278 (PAC)**

Dear Judge Crotty:

We represent plaintiff Phat Fashions LLC ("Phat Fashions").

Pursuant to Your Honor's Individual Rule 7(H), we respectfully request the Court's authorization for the following individuals to bring cellular phones, PDAs and/or laptop computers into the Courtroom for the preliminary injunction hearing commencing on Thursday, December 13, 2007:

a. Philip R. Hoffman, Esq. (Laptop computer, Blackberry and cellular phone);
b. Eli B. Nathanson, Esq. (Blackberry and cellular phone);
c. Jordan S. Paul (admission pending) (Blackberry and cellular phone);
d. Bernt Ullmann (Blackberry and cellular phone); and
e. Luther Rollins., Esq. (Blackberry and cellular phone).

We also request authorization to bring approximately ten boxes of documents and binders for the hearing.

**MEMO ENDORSED**

Respectfully submitted,

Philip R. Hoffman

Encl.
cc: James A. Beha II, Esq. (via fax)