CONFIDENTIAL ATTORNEYS EYES ONLY

12/10/2007

TOR 1731

Sales History (in CAD $)