# PHAT FASHIONS LINES

| PHAT FARM | BABY PHAT |
|---|---|
| BELTS/WALLETS | |
| HATS (BASEBALL CAPS/BEANIES) | OUTERWEAR |
| SHOES | LEATHERS |
| BAGS * | WATCHES * |
| SOCKS | BELTS / WALLETS |
| LOUNGEWEAR | HANDBAGS |
| OUTERWEAR | SHOES |
| LEATHERS | JEWELLERY |
| CLOTHING | LINGERIE |
| FRAGRANCE * | SUNGLASSES * |
| KIDS | |
| | BP CLOTHING LLC |
| | JUNIOR SPORTSWEAR |

*CARRIED IN PAST BUT NOT IN 2007

(OR IN 2006, EXCEPT WATCHES)

02/11/99  17:30 FAX 212 354 6468                                                    ⑭029

### SCHEDULE C

Licensed Products

All Phat Farm products excluding
- (a) men's and boy's underwear, lounge wear, back packs, bags, hipsters and related products;
- (b) women's and girl's dresses, outerwear, swimwear, coverups, exercisewear, lingerie, slip dresses and plus sizes;
- (c) home furnishings;
- (d) fragrances, cosmetics and beauty aids; and
- (e) luggage.

29

TOR 001004