CONFIDENTIAL
ATTORNEYS EYES
ONLY

Tyfoon Group Sales
(excluding Baby Phat Clothing)

in Canadian Dollars

(Revised)

POR    1729

CONFIDENTIAL
ATTORNEYS EYES
ONLY

Tyfoon Group Sales
(including Baby Phat Clothing)
in Canadian Dollars

(Revised)

| Company | 2005 Sales | 2006 Sales | 2007 Sales |
|---|---|---|---|