12/10/2007

CONFIDENTIAL
ATTORNEYS EYES
ONLY

Vis-a-Vis Fashions (1997) Inc
Tornado Imports (Canada) Inc
Fiscal Years ended Sept.30/2005-2006-2007

TOR 1733

12/10/2007

CONFIDENTIAL
ATTORNEYS EYES
ONLY

Vis-a-Vis Fashions (1997) Inc
Tornado Imports (Canada) Inc
Fiscal Years ended Sept.30/2005-2006-2007

TOR 1734