CONFIDENTIAL
ATTORNEY'S EYES
ONLY

Schedule of Retail Stores Support
For the period of Feb.1 - Sept.30/2007

Tyfoon Group

TOR 1732

CONFIDENTIAL
ATTORNEYS EYES
ONLY

**RETAIL STORE ANALYSIS OF PHAT FASHION PRODUCT**
**SOLD AS A PERCENTAGE OF TOTAL RETAIL SALES**
**FOR YEAR ENDED JANUARY 31, 2006**

| Total Sales - Retail | Total $ Sold Phat Fashion Product | % of Phat Fashion Sold |
|---|---|---|

TOR 000693

CONFIDENTIAL
ATTORNEYS EYES
ONLY

RETAIL STORE ANALYSIS OF PHAT FASHION PRODUCT
SOLD AS A PERCENTAGE OF TOTAL RETAIL SALES
FOR YEAR ENDED JANUARY 31, 2007