Dec-11-07   10:19am   From-Pryor Cashman LLP      LLP        12123280808        T-699   P 002/002   F-993

# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022  Tel: 212-421-4100  Fax: 212-326-0806

PHILIP R. HOFFMAN@pryorcashman.com

DIRECT TEL: 212-378-0192
DIRECT FAX: 212-798-6386
phoffman@pryorcashman.com

December 11, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 13 2007

**VIA FAX**

Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

December 13, 2007
Application **GRANTED**
SO Ordered

/s/ Paul Crotty
USDJ

Re:    **Phat Fashions LLC v. Tornado Imports (Canada), Inc., 07 Civ. 3278 (PAC)**

Dear Judge Crotty:

We represent plaintiff Phat Fashions LLC ("Phat Fashions").

Pursuant to Your Honor's Individual Rule 7(H), we respectfully request the Court's authorization for the following individuals to bring cellular phones, PDAs and/or laptop computers into the Courtroom for the preliminary injunction hearing commencing on Friday December 14, 2007:

a.  Philip R. Hoffman, Esq. (Laptop computer, Blackberry and cellular phone);
b.  Eli B. Nathanson, Esq. (Blackberry and cellular phone);
c.  Jordan S. Paul (admission pending) (Blackberry and cellular phone);
d.  Bernt Ullmann (Blackberry and cellular phone); and
e.  Luther Rollins., Esq. (Blackberry and cellular phone).

We also request authorization to bring approximately ten boxes of documents and binders for the hearing.

Respectfully submitted,

/s/ Philip R. Hoffman
Philip R. Hoffman

Encl.
cc:    James A. Beha II, Esq. (via fax)

**MEMO ENDORSED**