**ABV** Allegaert Berger & Vogel LLP

ATTORNEYS

Writer's e-mail: rbusloff@abv.com

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

December 13, 2007

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Chambers Room 735
United States Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 3 2007

December 13, 2007
Application **GRANTED**
SO Ordered

*[signature]*
JSDS

Phat Fashions, LLC v. Tornado Imports (Canada), Inc.
07 CIV. 03278 (PAC)

Dear Judge Crotty:

We represent defendant Torndao Imports (Canada) Inc. in the above-referenced matter.

Pursuant to Your Honor's Individual Rule 7(H), we respectfully request the Court's authorization for the following individuals to bring cellular phones, PDAs and/or laptops into the courtroom for the hearing continuing on Friday, December 14, 2007: James A. Beha II (cellphone, Blackberry); Ronald Busloff (Blackberry, laptop); Issie Wiseman (Blackberry, cellphone); and Barry Segal (Blackberry, cellphone). In addition, we will be bringing approximately four boxes of documents in binders for the hearing.

Respectfully submitted,

*[signature]*

Ronald Busloff

cc: Philip R. Hoffman, Esq.