# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022  Tel: 212-421-4100  Fax: 212-326-0806    www.pryorcashman.com

Philip R. Hoffman
Partner

Direct Tel: 212-326-0192
Direct Fax: 212-798-0360
phoffman@pryorcashman.com

January 3, 2008

**VIA FAX**

Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 3 2008

**MEMO ENDORSED**

Re: **Phat Fashions LLC v. Tornado Imports (Canada), Inc., 07 Civ. 3278 (PAC)**

Dear Judge Crotty:

We represent plaintiff Phat Fashions LLC.

At the end of the trial on December 14, 2007, the Court instructed the parties to confer and submit to the Court, on or before January 7, 2008, a plan for further actions to be taken in the case. I have had discussions with defendant's counsel (Mr. Beha), and those discussions are continuing as we attempt to explore the resolution of the case and, failing that, to arrive at the most effective and efficient plan possible. It appears that the parties would benefit from allowing additional time to complete these discussions; Mr. Beha and I jointly request that the Court allow us an additional thirty (30) days until February 6, 2008 to submit our plan.

Respectfully submitted,

Philip R. Hoffman

Encl.
cc: James A. Beha II, Esq. (via fax)

SO ORDERED: JAN 0 3 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE