**ABV** Allegaert Berger & Vogel LLP

Writer's e-mail: jbeha@abv.com

ATTORNEYS

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

February 5, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 6 2008

**VIA EMAIL**

Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

**MEMO ENDORSED**

Phat Fashions, LLC v. Tornado Imports (Canada), Inc.
07 CIV. 03278 (PAC)

Dear Judge Crotty:

We represent defendant Tornado.

At the end of the trial on December 14, 2007, the Court instructed the parties to confer and submit to the Court, on or before January 7, 2008, a plan for further actions to be taken in the case. After discussions among counsel, the parties requested an adjournment of the date for such submission to February 6, 2008, and Your Honor granted this request, which was presented by letter from Philip Hoffman, plaintiff's counsel. The parties are still exploring whether it may be possible to resolve this matter, and Mr. Hoffman and I therefore jointly request that the Court allow us an additional thirty (30) days until March 7, 2008 to submit our plan.

Respectfully submitted,

James A. Beha II

Enclosure
cc: Philip R. Hoffman, Esq. (via email)

SO ORDERED: 2/6/08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE