UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Phat Fashions, LLC,

    Plaintiff / Counter Defendant,

- against -

Tornado Imports (Canada), Inc.,

    Defendant /Counter Claimant.
------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 6 2008

07 Civ. 3278 (PAC)
ORDER OF DISCONTINUANCE

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled[1], it is,

**ORDERED,** that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation of Dismissal upon receipt from either party. In light of the settlement, the March 27, 2008 Pre-Trial Conference is cancelled.

Dated: New York, New York
      March 26, 2008

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

---

[1] See attached letter dated March 25, 2008 from Philip R. Hoffman.



# PRYOR CASHMAN LLP

410 Park Avenue, New York, NY 10022  Tel: 212-421-4100  Fax: 212-326-0806

New York | Los Angeles

www.pryorcashman.com

**Philip R. Hoffman**
Partner

Direct Tel: 212-326-0192
Direct Fax: 212-798-6386
phoffman@pryorcashman.com

March 25, 2008

**VIA FAX**

Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

Re: **Phat Fashions LLC v. Tornado Imports (Canada), Inc., 07 Civ. 3278 (PAC)**

Dear Judge Crotty:

I am pleased to report on behalf of all counsel that the parties have reached a settlement which will end the litigation. The parties are in the process of finalizing a Settlement Agreement and expect that a Stipulation of Dismissal will be filed shortly thereafter, likely next week. For this reason, we respectfully request that the Pre-Trial Conference scheduled for March 27, 2008 at 3 p.m. be cancelled.

Respectfully submitted,

Philip R. Hoffman

cc: James A. Beha II, Esq. (via e-mail)