```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 3 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PHAT FASHIONS LLC,                    :        07 Civ. 03278 (PAC)

                Plaintiff,             :        **STIPULATION
                                                OF DISMISSAL**

   - against -                             :

TORNADO IMPORTS (CANADA), INC.,       :

                Defendant.             :

------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action and all claims therein are hereby dismissed with prejudice and without costs.

Dated: New York, New York
       March 28, 2008

PRYOR CASHMAN LLP                             ALLEGAERT BERGER & VOGEL LLP

By: _____                 By: _____
Philip R. Hoffman (PH-1607)                   James A. Beha II, Esq. (JB-9591)
Attorneys for Plaintiff                       Attorneys for Defendant
410 Park Avenue                               111 Broadway, 18th Floor
New York, New York 10022                      New York, NY 10006
(212) 421-4100                                (212) 571-0550
phoffman@pryorcashman.com                     jbeha@abv.com


SO ORDERED: APR 0 3 2008

_____
U.S.D.J.